■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. ROBINSON, Appellant. (Appeal No. 2.) [609 NYS2d 883] —Judgment unanimously affirmed. Same Memorandum as in *People v Robinson* (201 AD2d 931 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.— Robbery, 1st Degree.) Present—Pine, J. P., Balio, Fallon, Doerr and Davis, JJ.